IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH ROSS ALBERT,

    Plaintiff,

vs.                                                      Civ. No. 23-1004 KG/KRS

DIRON HILL, ET AL.,

    Defendants.

## ORDER

This matter comes before the Court upon Plaintiff's Amended Motion to Remand to State Court, filed on July 19, 2024. (Doc. 35). The Court conducted a hearing on the Amended Motion to Remand to State Court on August 29, 2024, in which A. Blair Dunn represented Plaintiff, Andrew Deakyne represented Defendant Diron Hill, Bryan Evans represented Defendant Village of Ruidoso, and Jessica Nixon represented Defendants Michael Gallardo and New Mexico State Police. At the close of the hearing, the Court, having considered the motion, briefs, and relevant law, and being otherwise fully informed, granted the Amended Motion to Remand.

IT IS, THEREFORE, ORDERED that

1. for the reasons stated on the record at the August 29, 2024, hearing, the Plaintiff's Amended Motion to Remand to State Court is granted; and

2. this lawsuit will be remanded to the Twelfth Judicial District Court, District Court of Lincoln County, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE